**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| Shenzhen MYIR Electronics Technology Co., Ltd., | **Case No. 2:26-cv-02375** |
| *Plaintiff,* | **Complaint for Declaratory Judgment of Design Patent Invalidity** |
| v. | **Jury Trial Demand** |
| Yuxiu Hu, | |
| *Defendant.* | |

**COMPLAINT**

Plaintiff Shenzhen MYIR Electronics Technology Co., Ltd. ("MYIR" or "Plaintiff"), d/b/a Tiergrade, alleges for its Complaint against Defendant Yuxiu Hu ("Defendant") as follows:

**NATURE OF THE ACTION**

1. This is an action for declaratory relief under 28 U.S.C. Sections 2201 and 2202, arising from Defendant's assertion of U.S. Design Patent No. D995,458 S (the "D'458 Patent") against Plaintiff's magnetic push pin products on Amazon.com.

2. Amazon's June 30, 2026 notice states that Amazon received a report from a rights owner that Plaintiff's listings may infringe their patent, and that the affected

-1-

COMPLAINT FOR DECLARATORY JUDGMENT

GLACIER LAW LLP
506 Second Avenue, Suite 1516
SEATTLE, WA 98104
212-729-5049

listings were deactivated. The notice identifies the patent as D995458S, the infringement type as Patent, and Complaint ID 20950924811.

3. The claimed design is not new. A materially similar magnetic push pin design was registered in Europe in March 2019, and substantially similar magnetic push pin products appeared in Amazon product and review pages in 2019 and 2021, years before the D'458 Patent's September 2, 2022 filing date. Plaintiff seeks a declaration that the D'458 Patent is invalid and relief removing the cloud over Plaintiff's listings, including withdrawal of the Amazon complaint.

### THE PARTIES

4. Plaintiff Shenzhen MYIR Electronics Technology Co., Ltd. is a company organized under the laws of the People's Republic of China, with its principal place of business in Shenzhen, Guangdong, China. Plaintiff sells magnetic push pin products on Amazon.com under the seller name Tiergrade (seller ID A1IH27DTVVP2Y0).

5. On information and belief, Defendant Yuxiu Hu is an individual residing in Ningbo, China. Yuxiu Hu is the applicant and inventor named on the face of the D'458 Patent.

### JURISDICTION AND VENUE

6. This Court has subject-matter jurisdiction under 28 U.S.C. Sections 1331 and 1338(a), and declaratory-judgment jurisdiction under 28 U.S.C. Sections 2201 and 2202.

7. This Court has personal jurisdiction over Defendant because, on information and belief, Defendant purposefully directed patent-enforcement activity at this forum: Defendant or Defendant's agent submitted an infringement complaint to Amazon, which maintains substantial operations in Seattle, Washington,

-2-

COMPLAINT FOR DECLARATORY JUDGMENT

intending that Amazon act on the complaint, and Amazon removed or suppressed the listings. Each claim in this action arises out of that conduct.

8. The controversy is real and immediate: Amazon has removed listing content, made inventory unavailable for sale, closed open purchase orders, and warned of further action absent a retraction or successful appeal.

9. Venue is proper under 28 U.S.C. Section 1391 because Defendant is not a resident of the United States and may be sued in any judicial district, and because a substantial part of the events occurred in or were directed at this District. Assignment to the Seattle division is proper because the relevant Amazon conduct is connected to King County, Washington.

## FACTUAL ALLEGATIONS

10. The D'458 Patent, titled "Magnet," issued on August 15, 2023 from application No. 29/852,021, filed September 2, 2022. A copy is attached as Exhibit A.

11. The D'458 Patent contains one design claim: "The ornamental design for a magnet, as shown and described." Its drawings show a metallic magnetic push pin with a cylindrical magnetic base, a narrowed neck, and a rounded head.

COMPLAINT FOR DECLARATORY JUDGMENT

GLACIER LAW LLP
506 Second Avenue, Suite 1516
SEATTLE, WA 98104
212-729-5049



*Figure 1: U.S. Design Patent No. D995,458 S, FIG. 1 (perspective view).*

12. The face of the D'458 Patent cites prior design patents and an Amazon product publication for a 20-pack of metallic or black magnetic push-pin refrigerator magnets, identified by URL/ASIN B09N953WSR and dated January 13, 2022.

13. More than three years before the D'458 Patent's filing date, EUIPO Registered Community Design No. 006335592-0001 for "Magnets" was registered on March 26, 2019 and published on March 28, 2019. It depicts a materially similar design with a cylindrical magnetic base, a narrowed neck, and a rounded head. A copy of the EUIPO certificate is attached as Exhibit C.

-4-

COMPLAINT FOR DECLARATORY JUDGMENT

GLACIER LAW LLP
506 Second Avenue, Suite 1516
SEATTLE, WA 98104
212-729-5049



*Figure 2: EUIPO Registered Community Design No. 006335592-0001, view 0001.1, registered March 26, 2019 and published March 28, 2019.*

14. Amazon review pages produced by Plaintiff show substantially similar silver magnetic push pins publicly sold and reviewed in the United States before the filing date. A review titled "Strong and sleek looking," posted December 12, 2019, described a VNDUEEY silver 16-pack as sturdy, easy to grab, and strong. A copy is attached as Exhibit D.

## Customer Review

Mark Aaserud

**Strong and sleek looking.**

Reviewed in the United States on December 12, 2019

Color: Silver    Size: 16 Pack    **Verified Purchase**    **Early Reviewer Rewards**

These work great. Sturdy. Easy to grab. Holds strong. Small enough to not get in the way of photos,



( Helpful )    Report

*Figure 3: Amazon customer review of the VNDUEEY 16-pack silver magnetic push pins, posted in the United States on December 12, 2019.*

-5-

COMPLAINT FOR DECLARATORY JUDGMENT

15. Another Amazon review titled "Very, very good magnets!," posted August 20, 2021, reviewed a VNDUEEY silver 16-pack, referenced photographs comparing magnets, and described the magnet underneath. A copy is attached as Exhibit E.

## Customer Review

 Vcm

**Very, very good magnets!**

Reviewed in the United States on August 20, 2021

Color: Silver    Size: 16 Pack    **Verified Purchase**

Excuse my 16 year old scratched up fridge while I review these thumb tacks, but man, the strength ̣ these suckas keep getting better'n better every time I need a new stash for the fridge. These things —especially this pack is so strong that even kids 5 and under won't be able to rip them off for use a: a little plaything that my vacuum hates to eat.

I have pictured here some that I've used over the years from weakest to strongest, going from left t ̣ right. Comparing the colored ones to these metal ones, this pack is the clear winner in my testings. I put up 10 pieces of copy paper with just one of these bad boys, and then tossed the door back and forth; It held without moving or sliding down! The magnet underneath is also much bigger than the the ones I've purchased in the past. It also just feels smoother and nicer to the touch, and has a tad hit more hetter weight to it



3 people found this helpful

( Helpful )    Report

*Figure 4: Amazon customer review "Very, very good magnets!", posted in the United States on August 20, 2021.*

16. These prior designs and public disclosures create the same overall visual impression as the D'458 Patent to an ordinary observer familiar with the prior art, or render any differences between the claimed design and the prior designs obvious.

-6-

COMPLAINT FOR DECLARATORY JUDGMENT

GLACIER LAW LLP
506 Second Avenue, Suite 1516
SEATTLE, WA 98104
212-729-5049



D'458 Patent, FIG. 1 (2022)                    EUIPO RCD 006335592-0001 (2019)

*Figure 5: Side-by-side comparison of the D'458 Patent design (left) and the EUIPO design registered more than three years before the D'458 Patent's filing date (right).*

17. To the extent Defendant relies on features such as a magnetic base, a graspable head, a smooth metal finish, or proportions tied to grip and magnetic function, those features were already present in the prior art or are functional rather than ornamental.

18. On June 30, 2026, Amazon notified Plaintiff that some of Plaintiff's Amazon.com listings had been deactivated because Amazon "received a report from a rights owner that your listings may infringe their patent," and that the listings will remain deactivated unless Plaintiff shows the report was in error or obtains a retraction from the rights owner. A copy of the notice is attached as Exhibit B.

19. The notice identifies the infringement type as "Patent," the patent number as "D995458S," Complaint ID 20950924811, and the rights owner details as "patentlegal" (patentlegal@protonmail.com). It lists two affected ASINs: B0GFSNCJSP and B0GH7CSWCH.

COMPLAINT FOR DECLARATORY JUDGMENT

GLACIER LAW LLP
506 Second Avenue, Suite 1516
SEATTLE, WA 98104
212-729-5049

20. Defendant's Amazon complaint has caused and continues to cause concrete harm: deactivated listings, lost sales, a violation that will remain on Plaintiff's Account Health page for 180 days unless successfully disputed, and Fulfillment by Amazon inventory subject to disposal after 60 days. Absent relief, Plaintiff faces continuing disruption and repeated enforcement against the same products.

## COUNT I

(Declaratory Judgment of Invalidity of U.S. Design Patent No. D995,458)

21. Plaintiff incorporates by reference the preceding paragraphs.

22. An actual controversy exists between Plaintiff and Defendant over whether the D'458 Patent is valid and enforceable against Plaintiff's products and Amazon listings.

23. The D'458 Patent is invalid under 35 U.S.C. Section 102 because the claimed design was anticipated by prior art, including at least the 2019 EUIPO registered design and the earlier public sales and disclosures of substantially the same magnetic push pin design.

24. The D'458 Patent is invalid under 35 U.S.C. Section 103 because the claimed design would have been obvious to an ordinary designer for articles of the type involved in view of the prior art, including the 2019 EUIPO design, the 2019 and 2021 Amazon disclosures, and the references on the patent's face.

25. The D'458 Patent is invalid under 35 U.S.C. Section 171 to the extent it claims functional or conventional features rather than a new, original, and ornamental design.

26. Plaintiff is entitled to a declaration that the D'458 Patent is invalid and that Defendant may not rely on it to maintain Amazon Complaint ID 20950924811 or related complaints against Plaintiff's ASINs.

COMPLAINT FOR DECLARATORY JUDGMENT

GLACIER LAW LLP
506 Second Avenue, Suite 1516
SEATTLE, WA 98104
212-729-5049

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in Plaintiff's favor and grant the following relief:

A. A declaration that U.S. Design Patent No. D995,458 S is invalid;

B. A declaration that Defendant and those acting in concert with Defendant may not rely on the D'458 Patent to maintain Amazon Complaint ID 20950924811 or any related complaint against Plaintiff's identified ASINs;

C. An order requiring Defendant and any agents or persons acting in concert with Defendant to withdraw or retract the Amazon complaint based on the D'458 Patent against Plaintiff's identified ASINs;

D. Preliminary and permanent injunctive relief prohibiting Defendant and persons acting in concert with Defendant from asserting the D'458 Patent against Plaintiff's identified ASINs or materially similar products through Amazon's intellectual property complaint systems;

E. An award of Plaintiff's costs and, if this case is found exceptional, attorney fees under 35 U.S.C. Section 285 or other applicable authority;

F. Such other and further relief as the Court deems just and proper.

## **JURY TRIAL DEMAND**

Plaintiff demands a trial by jury on all issues so triable.

-9-

COMPLAINT FOR DECLARATORY JUDGMENT

GLACIER LAW LLP
506 Second Avenue, Suite 1516
SEATTLE, WA 98104
212-729-5049

Dated: July 7, 2026

Respectfully submitted,

/s/ Ruoting Men

Ruoting Men, Esq. (WSBA No. 63842)
GLACIER LAW LLP
506 Second Avenue, Suite 1516
Seattle, WA 98104
ruoting.men@glacier.law
Tel: (212) 729-5049

***Counsel for Plaintiff
Shenzhen MYIR Electronics
Technology Co., Ltd.***

-10-

COMPLAINT FOR DECLARATORY JUDGMENT